WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
**Plaintiff**

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAY 20 A 9:03

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM F KAETZ<br>**Plaintiff**<br><br>vs.<br><br>The United States<br>The United States of America<br>Hillary Clinton<br>Barack Hussein Obama<br>**New** - Gurbir Singh Grewal<br>**New** - Robert J. McGuire<br>**New** - Craig Carpenito<br>**New** - Susan Millenky<br>**Defendants** | Case No.: 2:19-cv-08100-CCC-JBC<br><br>**EVIDENCE**<br><br>**Assigned to:**<br>Judge Claire C. Cecchi<br>**Referred to:**<br>Magistrate Judge James B. Clark<br>**Cause:**<br>42:1983 Civil Rights Act |

---

**EVIDENCE OF SERVICE TO DEFENDANT HILLARY CLINTON'S ATTORNEY AT DAVID E. KENDALL, WILLIAMS AND CONNOLLY LLP AS DIRECTED BY WESTCHESTER COUNTY NY SHERIFF'S LETTER.**

---

I, WILLIAM F. KAETZ, Plaintiff, respectfully submit documentation evidence of third attempt of service of summons and complaint to Defendant Hillary Clinton, 1st was certified mail, 2nd by Westchester County NY Sheriff, 3rd as directed by Westchester County NY Sheriff's letter to attorney at David E. Kendall, Williams and Connolly LLP by USPS certified mail.

_____ May 20, 2019
WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063 - **Plaintiff**

 

# WESTCHESTER COUNTY
## DEPARTMENT OF PUBLIC SAFETY
### SHERIFF'S CIVIL UNIT

THOMAS A. GLEASON
COMMISSIONER - SHERIFF

110 DR MARTIN LUTHER KING JR BLVD – ROOM L217 – WHITE PLAINS – NEW YORK – 10601

WILLIAM F KAETZ
437 ABBOTT ROAD
PARAMUS, NJ 07652

5/10/2019
ATTORNEY FILE:
SHERIFF FILE: 19001734

RE: WILLIAM F KAETZ v. HILLARY RODHAM CLINTON

**Process returned herewith (for reason checked below)**

| | Reason |
|---|---|
| | Subject moved. Left no forwarding address |
| | We had insufficient time for service. Please re-date and return. |
| | Not known at address given |
| | No such number or street address |
| | No longer employed at given location |
| | Has mail and telephone privileges only at address given |
| | Reported out-of-town |
| | Vacant at address |
| | Please furnish us with better residence / business address |
| | Not deliverable – address is a P.O. Box |
| | Numerous attempts made at service. We were unable to make contact. |
| | Out of business |
| | Different business at location |
| | Returned by request |
| | Not listed in Building Directory – No apartment given. |
| | Evading Service |
| | Unable to gain entry at business or residence address |
| | Employer does not allow service or process upon employees |
| | No accounts in name given. |
| | Account balance is below minimum required for levy/Funds are exempt from levy. |
| | Account balance is zero or overdrawn. |
| | Account in multiple names - Turnover order needed. |
| | No reply to demand made on |
| | Execution expired – no leviable assets |
| | Judgment unsatisfied |
| xx | Case Closed |
| xx | See Remarks |

Remarks: UNABLE TO GAIN ACCESS TO THE PROPERTY OR SUBSERVE DUE TO SECRET SERVICE. ALL SERVICE OF PROCESS IS DIRECTED TO DAVID E KENDALL, WILLIAMS AND CONNOLLY LLP SENIOR COUNSEL 202-434-5145 dkendall@wc.com WWW.WC.COM

TELEPHONE: (914) 995-3053     FAX: (914) 995-4095     WEBSITE: WESTCHESTERGOV.COM/PS



PRIORITY MAIL POSTAGE REQUIRED



UNITED STATES POSTAL SERVICE

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

7018 0360 0001 0471 6392

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$
Total Postage and Fees
$

Sent To
WILLIAMS & CONNOLLY LLP
Street and Apt.
725 TWELFTH STREET, N.W.
City, State, ZIP
WASHINGTON, D.C. 20005

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

TO:

PRIORITY MAIL
★ MAIL ★

FROM: WILLIAM F. KAETZ
437 ABBOTT ROAD
PARAMUS NJ 07652

TO:
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

Domestic Return Receipt

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

A. Signature  X
B. Received by
D. Is delivery address different from item 1?  If YES, enter delivery address below:

3. Service Type

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

9590 9402 4759 8344 9221 44

2. Article Number (Transfer from service label)
7018 0360 0001 0471 6392

PS Form 3811, July 2015 PSN 7530-02-000-9053

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PRESS FIRMLY TO SEAL

EP14F July 2013
OD: 12.5 x 9.5



PS00001000014