

# U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

*Anne B. Taylor*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*
Anne.Taylor@usdoj.gov

Main:   (856) 757-5412
Direct: (856) 757-5031
Fax:    (856) 757-5416

May 21, 2019

**<u>Via ECF</u>**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Kaetz v. United States et al.*, No. 2:19-cv-8100 (CCC) (JBC)

Dear Judge Cecchi:

      Plaintiff in this litigation filed suit seeking to hold, among others, the United States, former President Barack Obama, and former Senator/Secretary of State Hillary Clinton liable for a number of alleged violations of his constitutional rights. Plaintiff also appears to have served his complaint on many of the individual states. After my colleague AUSA Susan Millenky indicated via letter that an attorney representing the State of Maine improperly entered his appearance for the United States, ECF No. 9, Plaintiff filed another document indicating an intention to add both AUSA Millenky and United States Attorney Craig Carpenito as defendants in this action. ECF No. 16.

      Without taking a position regarding whether or not Plaintiff has properly named additional defendants or stated a claim, but in light of Plaintiff's efforts to personally serve individual defendants, *see, e.g.*, ECF No. 17, I write to advise that service on any defendants or proposed defendants employed by the United States Attorney's Office may be made at the Office of the United States Attorney, 970 Broad Street, Suite 700, Newark, NJ 07102. Such service must comport with Federal Rule of Civil Procedure 4(i)(1) and (2), and may be accomplished by certified or registered mail to that address.

      Respectfully submitted,

      CRAIG CARPENITO
      United States Attorney

      /s/ *Anne B. Taylor*
      By: ANNE B. TAYLOR
      Assistant U.S. Attorney

Cc, via first class mail: William Kaetz, *plaintiff pro se*