WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
**Plaintiff**



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAY 23 P 2: 22

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIAM F KAETZ
**Plaintiff**

Case No.: 2:19-cv-08100-CCC-JBC

vs.

**CORRECTION OF THE RECORD**

The United States
The United States of America
Hillary Clinton
Barack Hussein Obama
**New** - Gurbir Singh Grewal
**New** - Robert J. McGuire
**New** - Craig Carpenito
**New** - Susan Millenky
**Defendants**

**Assigned to:**
Judge Claire C. Cecchi
**Referred to:**
Magistrate Judge James B. Clark
**Cause:**
42:1983 Civil Rights Act

### CORRECTION OF THE RECORD

I, WILLIAM F. KAETZ, Plaintiff, respectfully submit this letter to correct the record.

Docket #9 letter from Attorneys for the United States claimed they can only see one United States and two formal federal officials in the above captioned case, this fact is avoided in the second letter from Attorneys for the United States Docket #20.

Scandalous matter refers to a matter that is both grossly disgraceful or defamatory and irrelevant to the action or defense. It may have Immoral or indecent content that is irrelevant and so can be stricken off as improper.

Scandal consists in the allegation of anything which is unbecoming the dignity of the court to hear, or is contrary to decency or good manners.

Scandalous matters are allegations;

> "that unnecessarily reflects on the moral character of an individual or states anything in repulsive language that detracts from the dignity of the court, and includes allegations that cast a cruelly derogatory light on a party or other person." Garcia v. Clovis Unified Sch. Dist., 2009 U.S. Dist. LEXIS 83352 (E.D. Cal. Sept. 11, 2009)
>
> ( https://definitions.uslegal.com/s/scandalous-matter/ )

First letter unnecessarily casts derogatory light upon the plaintiff's complaint and his knowledge and contains socialist thinking, the second letter covers up this scandalous act by avoiding to mention the scandalous statement.

Bites at the Constitution and the oath of office to uphold the Constitution no matter how big or small cannot be tolerated anymore, it is discrimination against a nationality, USA nationality, same as other discrimination cases against a nationality, and a criminal offence because these US Attorneys are supposed to adhere to the Constitution, and we pay taxes to pay these US Attorneys to adhere to the Constitution, the law applies to them even more.

Please consider these facts when addressing Plaintiff's Civil Action Orders.

Dated this 23 day of MAY, 2019.

_William J. King_ Plaintiff

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

Susan Millenky
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
susan.millenky@usdoj.gov

main: (973) 645-2700
direct:(973) 297-2067
fax:   (973) 297-2010

April 22, 2019

**By ECF**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   ***Kaetz v. United States et al.*, No. 2:19-cv-8100 (CCC)(JBC)**

Dear Judge Cecchi:

We represent the United States in the above-referenced civil action. We write to clarify that only the Department of Justice, through this Office, represents the United States in this case. As the Court is aware, plaintiff Williams F. Kaetz's complaint seems to indicate his intent to sue a number of state and federal entities and individuals. *See* ECF No. 1. His case caption, however, lists only the United States and two former federal officials. As a result, a law firm that represents the State of Maine has filed an appearance that erroneously indicates that the firm represents the United States. *See* ECF No. 5.

We therefore respectfully request that, after the Court issues an order to set the dates for submission of pleadings or motions responsive to the complaint, *see* ECF No. 8, the Court ask the Clerk's Office to create docket entries for each defendant who may want to file a response. We also note that the plaintiff has not yet served the United States as required by the Federal Rules of Civil Procedure.

We thank the Court for considering this request.

Respectfully submitted,

CRAIG CARPENITO
United States Attorney

EXHIBIT #1a

                    By:    /s/ Susan Millenky
                              SUSAN MILLENKY
                              Assistant United States Attorney

cc: **By First-Class Mail**
William F. Kaetz
437 Abbott Road
Paramus, New Jersey 07652

**By ECF**
John B. McCusker
McCusker, Anselmi, Rosen & Carvelli, P.C.

**By Email**
Robert McGuire
State of New Jersey
Office of the Attorney General

Exhibit # 1b

2



**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

Anne B. Taylor
*Assistant United States Attorney*

401 Market Street, 4th Floor
P.O. Box 2098
Camden, NJ 08101
Anne.Taylor@usdoj.gov

Main: (856) 757-5412
Direct: (856) 757-5031
Fax: (856) 757-5416

May 21, 2019

**Via ECF**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Kaetz v. United States et al.*, No. 2:19-cv-8100 (CCC) (JBC)

Dear Judge Cecchi:

    Plaintiff in this litigation filed suit seeking to hold, among others, the United States, former President Barack Obama, and former Senator/Secretary of State Hillary Clinton liable for a number of alleged violations of his constitutional rights. Plaintiff also appears to have served his complaint on many of the individual states. After my colleague AUSA Susan Millenky indicated via letter that an attorney representing the State of Maine improperly entered his appearance for the United States, ECF No. 9, Plaintiff filed another document indicating an intention to add both AUSA Millenky and United States Attorney Craig Carpenito as defendants in this action. ECF No. 16.

    Without taking a position regarding whether or not Plaintiff has properly named additional defendants or stated a claim, but in light of Plaintiff's efforts to personally serve individual defendants, *see, e.g.*, ECF No. 17, I write to advise that service on any defendants or proposed defendants employed by the United States Attorney's Office may be made at the Office of the United States Attorney, 970 Broad Street, Suite 700, Newark, NJ 07102. Such service must comport with Federal Rule of Civil Procedure 4(i)(1) and (2), and may be accomplished by certified or registered mail to that address.

                                    Respectfully submitted,

                                      CRAIG CARPENITO
                                      United States Attorney

                                      */s/ Anne B. Taylor*
                                      By: ANNE B. TAYLOR
                                      Assistant U.S. Attorney      Exhibit #2

Cc, via first class mail: William Kaetz, *plaintiff pro se*

Commercial Decor Group
920 Mendocino Ave.
Santa Rosa, CA 95401

| Job Number | | Date | Wednesday May 22nd |
|---|---|---|---|
| Contractor | Commercial Decor Group | Job Name | Macy's Chanel |
| Address | 920 Mendocino Ave. | Address | Garden State Plaza |
| | Santa Rosa, CA 95401 | | 500 Garden State Plaza, Paramus, NJ 07652 |
| Contact | Stephanie Tuft | Start Date | 5/22 |
| Phone Number | 707-526-5794/203 | Completion Date | 5/22 |
| Fax Number | 707-526-5193 | Installer | Bill Kaetz |

| Scope of Work | |
|---|---|
| (Please write in additional items) | |
| 1. | Replace Drawer |
| 2. | Replace Acrylic |
| 3. | Touch up and damaged areas you can, focusing on hot spot |
| 4. | Survey any items that are missing or damaged and still need repair |
| 5. | |
| | |
| | Sign-off and photos. |
| | |

| Comments |
|---|
| Fixed Drawers - some Locks do not Lock Mirror Unit not Working Cabinets / need Adjusting |

| Accepted for Client | | Accepted for Commercial Décor Group, Inc. | |
|---|---|---|---|
| By: | Jodi-Ann Hamilton | By: | |
| | Authorized Signature | | Authorized Signature |
| | | | |
| Title: | | Title: | Installer |



t 707 526 5794
f 707 526 5193
info@commercialdecorgroup.co

www.commercialdecorgroup.com          confidential information