WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
**Plaintiff**



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAY 23 P 2: 22

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WILLIAM F KAETZ
**Plaintiff**

Case No.: 2:19-cv-08100-CCC-JBC

vs.

**CERTIFICATE OF SERVICE**

The United States
The United States of America
Hillary Clinton
Barack Hussein Obama
**New** - Gurbir Singh Grewal
**New** - Robert J. McGuire
**New** - Craig Carpenito
**New** - Susan Millenky
**Defendants**

**Assigned to:**
Judge Claire C. Cecchi
**Referred to:**
Magistrate Judge James B. Clark
**Cause:**
42:1983 Civil Rights Act

### EVIDENCE OF SERVICE TO NEW DEFENDANT S

I, WILLIAM F. KAETZ, Plaintiff, respectfully submit documentation evidence of service of summons and complaint to new defendants by USPS certified mail on May 22, 2019 to the following addresses:

Office of the United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102

Office of the United States Attorney
Attention: Craig Carpenito
970 Broad Street, Suite 700
Newark, NJ 07102

Office of the United States Attorney
Attention: Susan Millenky
970 Broad Street, Suite 700
Newark, NJ 07102

State of NJ Office of Attorney General
Attention: Robert J. McGuire
25 Market Street
P.O. Box 116
Trenton, NJ, 08625-0116

Office of The Attorney General
Attention: Gurbir Singh Grewal
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080

_____May 23, 2019
WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
Plaintiff

