

# U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

CRAIG CARPENITO
UNITED STATES ATTORNEY

*Anne B. Taylor*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*
Anne.Taylor@usdoj.gov

Main:   (856) 757-5412
Direct: (856) 757-5031
Fax:    (856) 757-5416

July 17, 2019

**Via ECF**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Kaetz v. United States et al.*, No. 2:19-cv-8100 (CCC) (JBC)

Dear Judge Cecchi:

    Plaintiff in this litigation filed suit seeking to hold, among others, the United States, former President Barack Obama, and former Senator/Secretary of State Hillary Clinton liable for a number of alleged violations of his constitutional rights. Plaintiff also appears to have served his complaint on many of the individual states. After my colleague AUSA Susan Millenky indicated via letter that an attorney representing the State of Maine improperly entered his appearance for the United States, ECF No. 9, Plaintiff filed another document indicating an intention to add both AUSA Millenky and United States Attorney Craig Carpenito as defendants in this action. ECF No. 16. For that reason, this case was reassigned to me.

    On May 21, 2019, I filed a letter on the docket regarding Plaintiff's efforts to service the complaint on the federal defendants. Subsequently, Plaintiff sent copies of his pleadings to the United States Attorney's Office via registered mail. ECF No. 22. Now that service is complete, I write to advise the Court that, consistent with its Order of April 16, 2019, ECF No. 8, the federal defendants will refrain from responding to the Complaint "until a further order of the court is entered that establishes a deadline for the filing of such pleadings." *Id.*

    I thank the Court for its attention to this matter.

    Respectfully submitted,

    CRAIG CARPENITO
    United States Attorney

    /s/ *Anne B. Taylor*
    By: ANNE B. TAYLOR
    Assistant U.S. Attorney

Cc, via first class mail: William Kaetz, *plaintiff pro se*