**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM F. KAETZ, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Civ. No. 19-8100 (CCC) <br><br> **ORDER** |

**CECCHI, District Judge.**

    **THIS MATTER** comes before the Court on the Court's *sua sponte* inquiry into issues of subject matter jurisdiction. For the reasons set forth in this Court's corresponding Opinion,

    **IT IS** on this 4th day of October, 2019,

    **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**; it is further

    **ORDERED** that Plaintiff shall have thirty (30) days from entry of this order to file an amended complaint that addresses the deficiencies identified in the Court's Opinion; it is further

    **ORDERED** that the Clerk of the Court shall close this case.

    **SO ORDERED.**

                                                                                 **CLAIRE C. CECCHI, U.S.D.J.**