






7018 0360 0001 0471 6538

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM 1-Day
PARAMUS, NJ 07652
AUG 03, 20
AMOUNT
$14.15
R2303S101752-01

**UNITED STATES POSTAL SERVICE**

FROM:

RECEIVED
AUG - 7 2020
AT 8:30 ____ M
WILLIAM T. WALSH, CLERK

**PRIORITY MAIL**

- ate of delivery specified*
- SPS TRACKING™ included to many major international destinations
- Limited international insurance
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.
- *Domestic only

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:   WILLIAM F KAETZ
        437 Abbott Road
        Paramus NJ 07652

TO:

TO:
Martin Luther King Building
& U.S. Courthouse
Attention Court Clerk
50 Walnut Street Room 4015
Newark, NJ 07101

PS00001000014   EP14F OD: 12

Label 228, July 2013    FOR DOMESTIC AND INTERNATIONAL USE

*Domestic only.   *For Domestic shipments, the maxim...