WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
Plaintiff

| | |
|---|---|
| WILLIAM F KAETZ<br>Plaintiff<br><br>vs.<br><br>THE UNITED STATES et al | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**Case No.: 2:19-cv-08100-CCC-JBC**<br><br>**EMERGENT MOTION TO EXPEDITE<br>THE CASE**<br><br>Assigned to:<br>Judge Claire C. Cecchi<br><br>Referred to:<br>Magistrate Judge James B. Clark |

PLEASE TAKE NOTICE that on October 3, 2020, The Plaintiff William Kaetz, pro se, moves before the United States District Court for the District of New Jersey, for an Order to REOPEN AND EXPEDITE THE CASE because THE CASE IS OF NATIONAL IMPORTANCE AND OF NATIONAL SECURITY and there is a national presidential vote coming up, this case must be opened, and our republic form of government must be protected, this case is to get rid of all types of Totalitarianism in our government and enforce U.S. Const. Article 4 Section 4, AND REMOVE Judge Claire C. Cecchi from the bench, there is a motion for her recusal, she is a Communist Socialist Traitor to the United States and abuses her office and violates her oath of office, a criminal offense, an Obama plant to undermine the Constitution and destroy this country.

Dated this __03__ day of __October__, 2020 _____

WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201 753 1063
Plaintiff

WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
Plaintiff

| | |
|---|---|
| WILLIAM F KAETZ<br>Plaintiff<br><br>vs.<br><br>THE UNITED STATES et al | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**Case No.: 2:19-cv-08100-CCC-JBC**<br><br>**CIVIL ACTION ORDER**<br><br>Assigned to:<br>Judge Claire C. Cecchi<br><br>Referred to:<br>Magistrate Judge James B. Clark |

This matter having been brought before the Court on **Motion to Expedite the Case** from the plaintiff for an **Order to Expedite the Case**, and the Court having considered the matter and for good cause appearing,

It is on this _____ day of _____, 20_____, ORDERED as follows:

The motion to Expedite this Case is GRANTED because Plaintiff has complied with the court order of June 29, 2020 and the moved to open the case as to which is now GRANTED, the defendants are to be electronically served by the court and they have 20 days to answer plaintiff's complaint.  Judge Claire C. Cecchi is hereby removed from this case and from the bench.

ORDER DATED: _____

By: _____

United States District Judge
District of New Jersey