

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2020 SEP 25 A 9:22

# WILLIAM F KAETZ
## Plaintiff

### vs.

## THE UNITED STATES et al
## Defendants

## Case No.: 2:19-cv-08100-CCC-JBC

WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
Plaintiff

| | |
|---|---|
| WILLIAM F KAETZ<br>Plaintiff<br><br>vs.<br><br>THE UNITED STATES et al | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**Case No.: 2:19-cv-08100-CCC-JBC**<br><br>**MOTION TO EXPEDITE THE CASE**<br><br>Assigned to:<br>Judge Claire C. Cecchi<br><br>Referred to:<br>Magistrate Judge James B. Clark |

PLEASE TAKE NOTICE that on September 22, 2020, The Plaintiff William Kaetz, pro se, moves before the Honorable Claire C. Cecchi, United States District Judge of the United States District Court for the District of New Jersey, for an Order to **EXPEDITE THE CASE** because Plaintiff has complied with the court order of June 29, 2020, moved to reopen the case and this was to be heard on **August 17, 2020, as of this date it is 36 days late. THE CASE IS OF NATIONAL IMPORTANCE AND OF NATIONAL SECURITY and there is a national presidential vote coming up, this case must be opened, and our republic form of government must be protected, this case is to get rid of all types of Totalitarianism in our government.**

Dated this __22__ day of __September__, 2020    _William Kaetz_ (signature)

WILLIAM F KAETZ<br>437 Abbott Road<br>Paramus NJ 07652<br>201 753 1063<br>Plaintiff

Page 1 of 3

WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
Plaintiff

| | |
|---|---|
| WILLIAM F KAETZ<br>Plaintiff<br><br>vs.<br><br>THE UNITED STATES et al | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**Case No.: 2:19-cv-08100-CCC-JBC**<br><br>**CIVIL ACTION ORDER**<br><br>Assigned to:<br>Judge Claire C. Cecchi<br><br>Referred to:<br>Magistrate Judge James B. Clark |

This matter having been brought before the Court on **Motion to Expedite the Case** from the plaintiff for an **Order to Expedite the Case**, and the Court having considered the matter and for good cause appearing,

It is on this _____ day of _____, 20_____, ORDERED as follows:

The motion to Expedite this Case is GRANTED because Plaintiff has complied with the court order of June 29, 2020 and the moved to open the case as to which is now GRANTED, the defendants are to be electronically served by the court and they have 30 days to answer plaintiff's complaint.

ORDER DATED: _____

By: _____
The Honorable Claire C. Cecchi
United States District Judge
District of New Jersey

WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201-753-1063
Plaintiff

| | |
|---|---|
| WILLIAM F KAETZ<br>Plaintiff<br><br>vs.<br><br>THE UNITED STATES et al | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.: 2:19-cv-08100-CCC-JBC<br><br>**CERTIFICATE OF SERVICE**<br>Assigned to:<br>Judge Claire C. Cecchi<br><br>Referred to:<br>Magistrate Judge James B. Clark |

I, WILLIAM F. KAETZ, Plaintiff, respectfully certify service of motion to Expedite the case by USPS Priority mail on September 22, 2020 to the following addresses:

Judge Claire C. Cecchi
Martin Luther King Building
& U.S. Courthouse
50 Walnut street
court room: MLK 5b
Newark, NJ 07101

Judge James B. Clark, III
Martin Luther King Building
& U.S. Courthouse
50 Walnut street
court room: MLK 2A
Newark, NJ 07101

Martin Luther King Building
& U.S. Courthouse
Attention Court Clerk
50 Walnut Street Room 4015
Newark, NJ 07101

Office of the United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102

Dated this __22__ day of __September__, 2020  _____

WILLIAM F KAETZ
437 Abbott Road
Paramus NJ 07652
201 753 1063
Plaintiff

Page 3 of 3

7018 0360 0001 0471 6750

**UNITED STATES POSTAL SERVICE**

U.S. POSTAGE PAID
PM 1-Day
PARAMUS, NJ
07652
SEP 23, 20
AMOUNT
**$14.15**
R2304E105219-25

1024   07101

FROM:

XRAYED

TO:

**PRIORITY MAIL**

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:  WILLIAM F KAETZ
       CATHERINE KAETZ
       437 Abbott Road
       Paramus NJ 07652

Martin Luther King Building
& U.S. Courthouse
Attention Court Clerk