UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLIAM F. KAETZ,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**THE UNITED STATES, et al.,**<br><br>　　Defendants. | Civ. No. 19-8100<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion to reopen the case and file the proposed second amended complaint (DE 32), motion to recuse Judge Claire C. Cecchi (DE 33), and two motions to expedite the case (DE 34, 35), all filed by *pro se* plaintiff William F. Kaetz; and the Court having considered Mr. Kaetz's submissions and having raised *sua sponte* the issue that this Court lacks subject matter jurisdiction; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 15th day of December 2020,

**ORDERED** that the case is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction, and that the motions (DE 32, 33, 34, 35) are **DENIED**.

　　　　　　　　　　　　　　　　/s/ Kevin McNulty
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**Kevin McNulty**
　　　　　　　　　　　　　　　　**United States District Judge**