# Affidavit of Indigence and Inmate Filing

I William Kaetz sware under penalty of perjury that the forgoing statements are true to the best of my knowledge and belief.

1) I am the plaintiff that lives at 437 Abbott Rd Paramus NJ 07652 that is currently in Jail on fraudulant charges being held of pretrial detention.

2) I am indigent, the 3rd Cir declared me indigent and appointed counsel. (Case No: 2-20-mj-09421-CRE)

3) I have no means of income.

4) I do not own property.

5) If I am released and get back to work I can pay court fees, as of now I cannot pay the court fees.

6) I have no access to bank account and do not have anyone to help me.

3 of 4

⑦ THE ALLEGED CHARGES THAT I AM BEING FALSLY IMPRISONED FOR IS FROM Judge Cecchi's FAILURE TO DISQUALIFY HERSELF FROM THIS CASE.

⑧ THE Frivolous Criminal CASE AGAINST ME is BEING HEARD IN THE WESTERN DISTRICT OF Pennsylvania 3rd District Court.

⑨ THE Appointed Counsel is in Pittsburgh PA AND CANNOT HELP ME ON THIS CASE.

⑩ I do NOT HAVE THE RESOURCES BEING IN JAIL TO TYPE AND print AND Copy TO Comply with Proper Format AND Produce THE REQUIRED Amount of Copies.

DATE: 12/26/2020   By: William F. Klaetz
                        William F. Klaetz

PLEASE ACCEPT THIS Notice of Appeal AND Serve THE Lower Court VIA PACER. Hopefully I will BE Released From THIS FALSE Imprisonment SOON AND WILL BE ABLE To File proper Documents AND PAY FEES.

THANK you For your UNDERSTANDING IN THIS MATTER.         12/26/2020   William F. Klaetz
                                        DATE          WILLIAM F. KLAETZ
                                        4 of 11

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 07/17)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| NJX3 | William Kaetz | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT. DEF. NUMBER | 5. APPEALS DKT. DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 2:20-MJ-9421-01 | | | | |
| 7. IN CASE MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) | |
| USA V. KAETZ | ☑ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☐ Appeal | ☑ Adult Defendant  ☐ Appellant  ☐ Juvenile Defendant  ☐ Appellee  ☐ Other | CC | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:875 Interstate Communications - Threats

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Douglas Sughrue, Esq.
429 Fourth Ave #501
Pittsburgh, PA 15219
(412)391-1629
Telephone Number:

13. COURT ORDER
☑ O Appointing Counsel   ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney   ☐ Y Standby Counsel

Prior Attorney's
Appointment Dates:
☑ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in this case, OR

*Cynthia K Eddy*
Order of the Court

10/28/20   Date of Order
10/19/2020   Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

Douglas Sughrue, Esq.
Sughrue Law
429 Fourth Ave #501
Pittsburgh, PA 15219
dsughrue@sughruelaw.com>

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | 0.00 | | 0.00 | |
| b. Bail and Detention Hearings | | 0.00 | | 0.00 | |
| c. Motion Hearings | | 0.00 | | 0.00 | |
| d. Trial | | 0.00 | | 0.00 | |
| e. Sentencing Hearings | | 0.00 | | 0.00 | |
| f. Revocation Hearings | | 0.00 | | 0.00 | |
| g. Appeals Court | | 0.00 | | 0.00 | |
| h. Other (Specify on additional sheets) | | 0.00 | | 0.00 | |
| (RATE PER HOUR = $           ) TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16. a. Interviews and Conferences | | 0.00 | | 0.00 | |
| b. Obtaining and reviewing records | | 0.00 | | 0.00 | |
| c. Legal research and brief writing | | 0.00 | | 0.00 | |
| d. Travel time | | 0.00 | | 0.00 | |
| e. Investigative and other work (Specify on additional sheets) | | 0.00 | | 0.00 | |
| (RATE PER HOUR = $           ) TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | 0.00 | | 0.00 | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM:            TO: | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES  ☐ NO    If yes, were you paid?   ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. $0.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED $0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

cc to Client: 10/28/2020



