WILLIAM F KAETZ
#11350-067
354 DONIEROS AVE
NEWARK NJ 07105
ESSEX COUNTY JAIL
(TEMPORARY ADDRESS)

WILLIAM F. KAETZ
V
United STATES ET. AL.

United STATES District Court
District OF NEW JERSEY
CASE NO: 19-CV-08100

Judge KEVIN Mc NUITy

NOTICE OF MOTION
FOR RECONSIDER
DISMISSAL AND
OPEN THE CASE

To:
U.S. ATTORNEY OFFICE
970 Broad STreet
SUITE 700
NEWARK NJ 07102

NOTICE is HERLBY GIVEN THAT THE
PLAINTIFF Moves FOR THE COURT TO RECONSIDER
DISMISSAL AND OPEN THE CASE PURSUANT TO
Fed. R. CIV. P. RULES 59 (E) AND 60 (i) AND (6)
Arising out OF OVERSITE OF ISSUES PRESENTED.

Affidavit in Support of Motion

I WILLIAM F. KREB, PLAINTIFF IN THE CASE WILLIAM F. KREB V. UNITED STATES ET AL, CASE NO 19-CV-08100, SWEAR UNDER PENALTY OF PERJURY THE FOREGOING STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

① My Complaint shows I am Suffering Injury IN FACT.

② My Injury in Fact is Concrete with Specificity to Economic Injury.

③ My Injury in Fact is that I have Sufficient Personal Interest I have made known that is Concrete that is within the "Zone of Interest" Protected by Constitutional Guarantees That They Invoke. The Article IV Section 4 Guarantee and Due Process protections of my Liberty and Liberty Interests that Exist as Rights in The Constitution of the United States that have, and are Being Invaded by the Defendants and that has Caused Irreparable Injury upon me. My Rights are Being Threatened and are in Imminent Danger and there is a chilling effect of First Amendment Rights.

2 OF 20

④ I HAVE BEEN A Victom of First Amendment
Retaliation From The United States and
Criminalized for exercising my Rights
AND THE CAUSE IS THE INFILTRATION of
Communisung Socialism in THE Federal AND
STATE Governments THAT CAUSED me Injury
IN FACT THAT IS Concrete, imminent and Threatening.

⑤ I HAVE BEEN A Victom of Fraudulant
STudent Loans and Illegal Collection After
Bankruptcy THAT CAUSED me ECONomic Injury
CAUSED By The MisApplication of The Law
By The Defendants AND THE In filtration
of Communisum/socialism in THE Federal
AND STATE Governments THAT IS A Violation
of Article IV SECTion 4 AND Due Process AND
LOYALTY OATHS OF GOVERNMENT OFFICIALS.

⑥ IT is A FACT Covid-19 is NOT AS DEADLY AS
THE FEAR Mongering Communist/Socialist WANT
To MAKE IT. Covid 19 HAS A 96% Survival
RATE. THE Constant Military Type OF GOVERNMENT
IS NOT A Republic Form OF Government For
tHE Purpose of THE GUARANTEE of Article IV
Section 4. Full Lockdowns, THEN A Little
RELIEF, THEN Lockdowns, WHO CAN WorK, WHO CAN'T,
is Communisum Conditioning CAUSING ME
ECONOMIC Injury, Concrete Injury To my Liberty.
THE Covid-19 Hoax is Seditious Violates Art. 4 § 4.

3 of 20

(7) SOME of my SPECIFIC CONCRETE Injury ARE WIDELY SHARED, LARGE NUMBER of Individuals SUFFER SAME COMMON LAW Injury - WIDE SPREAD MASS TORT. THE FACT THAT it is WIDELY SHARED go Hand IN HAND, THEIR ASSOCIATION IS NOT A VARIABLE AND CONCLUSION THAT SUCH Interests, WHERE SUFFICIENTLY CONCRETE, MAY COUNT AS Injury IN FACT, THIS IS OBVIOUS IN my CASE. THE "DEADLY DESEASE Covid-19 Pandemic" IS A HOAX CAUSING ECONOMIC AND LIBERTY Injury upon ME AND EVERYONE, CAUSED BY THE Infiltration of Communism/Socialism IN FEDERAL AND STATE GOVERNMENTS AND THAT VIOLATES CONSTITUTIONAL Rights AND GUARANTEES.

(8) My Complaint FULLFILLS THE Requirements of Article III AND I HAVE STANDING TO Bring ACTION IN THE FEDERAL COURT.

(9) ALL THE FACTS ABOVE HAVE BEEN Presented To THIS COURT IN My Complaints AND Amended Complaints, AND my RE-Amended Complaints.

(10) THE FACT of HAVING A Judge WITH ACTUAL AND AN APPEARENCE of BIAS ON ALL my CASES IS AN Injury of FACT THAT INVADED my Liberty. (SEE KAETZ V. ECMC ET.Al. AND KAETZ V. MONROE County...)

DATE: 12/26/2020  By: William F. Kaetz

William F. Kaetz

4 of 20

# IRREPARABLE INJURY

THE irreparable Injury TO ME, WILLIAM KAER, is THE LOSS OF my RELATIONSHIP WITH MY FIANCÉ, my COMPANIONSHIP IN my ELDER YEARS, my LOSS OF my RELATIONSHIPS WITH my children, FAMILY AND FRIENDS. DEFAMATION OF my NAME AND CHARACTOR. My LOSS OF my REPUTATION, my COMPANY AND BUSINESS RELATIONSHIPS, LOSS OF my good Credit, my LOSS OF INCOME, my LOSS OF my TOOLS AND VEHICLE TO MAKE A Living, THE LOSS OF STABILITY IN LIFE IN GENERAL, THE LOSS OF PEACE OF MIND FROM THE STIGMA OF THE GOVERNMENTS FIRST Amendment RETALIATION FALSELY IMprisoning ME AND EFFECTIng EVERY ASPECT OF my LIFE AND THE LIVES OF OTHERS THAT WILL CONTINUE FOR A LONG TIME. THE Long TERM INDEBTEDNESS BECAUSE OF MISAPPLICATION OF BANKRUPTCY LAWS AND FALSE STATEMENT LOANS FALSELY APPROVED By GOVERNMENT SOCIALISTS. THE LOSS OF SOCIAL EVENTS AND LOCATIONS AND BUSINESS WHERE I WAS APART OF ARE NON EXISTANT, my GYM CLOSED, OUT OF BUSINESS, my HEALTH, PHYSICAL AND MENTALLY, IS INJURED DUE TO THE Covid - 19 HOAX THAT IS Being RUN By COMMUNIST/SOCIALIST IN GOVERNMENT illegally. THESE IRREPARABLE INjuries ARE Concrete INjury OF FACT FOR COURT JURISDICTION UNDER ARTICLE III AND ARE INVASIONS OF my LIBERTY.

5 OF 20

# Argument In Support of Motion
## To Reconsider Ordred of Dismissal
## And Reopen The Case

I, William f Lhete, Have All The Elements
In my Filings To this Court That Fullfills
Article III Requirements To have Standig To
Bring Action In the Federal Court.

The Supporting Court cases Following This
Introduction explain Why Reasoning As To
Why This Court's Dismissal of The Case
Should Be Reconsidered And Reversed And the
Case Open For Argument Because of oversite
of the Fulfilling Elements In my Complaints
The Federal Courts Allready Recognized As
Concrete Injury In Fact which is Invasion of
Legally protected Interests That Is concrete
And Particularized And Actual And Imminent
That Is Traceable To The Defendants Conduct
And That Favorable Ruling from The Court
would Redress my Injury. First, I Had Nd
Still Have Economic Injury. "Economic Injury,
Even If Of Indirect Nature, Will Establish
Sufficient Concrete Adverseness To meet
Article III "Case or Controversy" Test" Friedman
V. Harold 638 F. 2d 262 1981 U.S. Lexis 21048
(1st Cir 1981)

6 of 20

To Constitute Case or Controversy, ① Declaration on Rights as they stand must be sought, not on Rights which may arise in future, ② There must be actual controversy over issue, not desire for abstract Declaration of Law; and ③ Form of Proceeding is not significant; it is nature and effect which is Controlling." IN RE Summers, 325 U.S. 561 S Ct 1307 89 L Ed 1795 1945 U.S. LEXIS 1942, REH'G DENIED, 326 U.S. 807, 66 S Ct 96 90 L Ed 491 1945 U.S. LEXIS 1604 (1945)

To Establish standing, Alleged injury must be legally and judicially cognizable, which Requires among other things, That ① Plaintiff has Suffered invasion of legally protected interests which is Concrete and particularized, and ② Dispute is of Type Traditionally Thought To Be Capable of Resolution Through Judicial process" Raines V. Byrd, 521 U.S. 811, 117 S.Ct 2312, 138 L. Ed. 2d 849, 11 FLA, L, WEEKLy Fed, S 182. 97 CAL Daily Op Service 4 991 97 D.A.R. 8177 (1997)

7 oF 20

" WITH RESPECT TO ARTICLE III REQUIREMENT THAT IN
ORDER TO HAVE STANDING TO BRING ACTION IN
FEDERAL COURT PARTY MUST SHOW THAT PARTY HAS
SUFFERED INJURY IN FACT, FACT THAT POLITICAL FORMULA
MAY BE MORE READILY AVAILABLE WHERE INJURY IS
WIDELY SHARED, WHILE COUNSELING AGAINST, FOR EXAMPLE
INTERPRETING STATUTE AS CONFERRING STANDING,
DOES NOT, BY ITSELF, AUTOMATICALLY DISQUALIFY
INTEREST FOR ARTICLE III PURPOSES; ALTHOUGH OFTEN
FACT INTERESTS IS ABSTRACT - WHICH FACT UNITED
STATES SUPREME COURT HAS HELD TO DEPRIVE
CASE OF CONCRETE SPECIFICITY REQUIRED FOR
STANDING UNDER ARTICLE III - AND FACT THAT IT IS
WIDELY SHARED GO HAND IN HAND, THEIR
ASSOCIATION IS NOT INVARIABLE, AND CONCLUSION
THAT SUCH INTERESTS, WHERE SUFFICIENTLY
CONCRETE, MAY COUNT AS INJURY IN FACT SEEMS
PARTICULARY OBVIOUS WHERE, TO USE
HYPOTHETICAL EXAMPLE, LARGE NUMBERS OF
INDIVIDUALS SUFFER SAME COMMON-LAW
INJURY - FOR INSTANCE, WIDE SPREAD MASS
TORT - OR LARGE NUMBERS OF VOTERS. SUFFER
INTERFERENCE WITH VOTING RIGHTS CONFERRED
BY LAW." FEC V. AKINS, 524 U.S. 11, 118 S. CT
1777, 141 L. Ed, 2d 10, 11 FLA, L WEEKLY FED.
S, 581, 98 CAL. Daily Op, SERVICE 4072,

1998 Colo. J. C.A.R. 2743, 98 DAR. 5537
1998 U.S. LEXIS 3567, REMANDED, 146 F. 3d
1099, 331 U.S. App. D.C. 100, 1998 U.S. App.
LEXIS 15222 (U.C. Cir 1998)

"In order to have standing to sue, plaintiffs
must have sufficient personal interest to
impart concrete adverseness required for
Article III case or controversy. And must be
within "zone of interests" protected by
Constitutional guarantee that they invoke."
Whitely V. Wilson City Bd. of Education, 427
F. 2d 179 1970 U.S. App LEXIS 9050 (4th Cir 1970)
App. after Remand, 457 F. 2d 940 1972 U.S. App
LEXIS 10594 (4th Cir 1972)

I, William F. Kaetz, have all the elements
in my filings to this Court that fulfills
Article III Requirements to have standing
To Bring this Action in the Federal Court,

The Following information about "Advocating"
"Elements of Oath of Office and Loyalty" and
"Supreme Court Views on Article IV Section 4"
Further support my standing to sue and
my injury in fact.

9 of 20

## Advocating

Yates. v. United States 354 U.S. 298 (1957) Ruled that speech advocating the forcible overthrow of the government is not prosecutable unless it is tied to overt acts. The opinion modified that of Dennis v. United States, 341 U.S. 494 (1951) which was largely a restatement of the famous opinion of Justice Oliver Wendell Holmes Jr., regarding the "clear and present" danger test in Schenck v. United States. In the 1940's and 1950's these two earlier decisions were often cited in conjunction with the Smith Act (1940) and the Internal Security (McCarran) Act (1950) in cases involving so-called Un-American activities on the part of presumed Communist organizations. In Yates, however, the clear-and-present-danger doctrine underwent revision such that no seditious of subversive speech could be punished unless it constituted an incitement to immediate unlawful action and the incitement was likely to produce, in the circumstances, such action.

I have stated Black Lives Matter with government communist/socialist support did in fact cause overt acts and seditious incitement and unlawful action, riots and civil unrest that is an imminent threat to my Liberty and Economics.

10 of 20

ELEMENTS OF OATH OF OFFICE AND LOYALTY

TITLE 5 USCS SECTION 7311 DEALS WITH
GOVERNMENT EMPLOYMENT LIMITATIONS, LOYALTY
AND STRIKING. 5 USCS SECTION 7311 (1) AND (2) ARE
RELEVANT TO THIS CASE. 5 USCS SECTION 7311 READS:
" An Individual may not Hold A Position In
THE GOVERNMENT OF THE United STATES or THE
GOVERNMENT OF THE District OF Columbia IF HE:
① Advocates THE overthrow OF OUR Constitutional
Government

② Is A MEMBER OF AN ORGANIZATION THAT
HE Knows Advocates THE Overthrow OF
OUR Constitutional Form OF Government "
PENALTIES For DiscloyalTy AgAinsT THE GovernmenT
is 18 USC Section 1918 :
" WHOEVER violates THE Provisions oF
Section 7311 OF TITLE 5 THAT Individual
may NOT Accept or Hold A positTion In
THE Government oF THE United STATES or
THE Government of THE DisTrict of Columbia
IF HE:
① ADVOCATES THE OverThrow OF OUR
Constitutional Form oF GovernmenT.
② Is A MEMBER oF AN OrganizaTion
THAT he Knows Advocates THE overthrow
OF OUR Constitutional Form of GovernmenT,

11 of 20

(4) ... SHALL BE FINED UNDER THIS TITLE OR IM IMPRISONMENT NOT MORE THAN ONE YEAR AND A DAY, OR BOTH."

Following THE WORD "AdvocATES" LEGAL MEANING LEADS TO THE DEFINITION OF "FASCIST",

"ONE WHO ADVOCATES, OR IS A MEMBER OF AN ORGANIZATION WHICH ADVOCATES, THE ESTABLISHMENT OF TOTALITARIAN DICTATORSHIP."

Following THE Word "TOTALITARIAN" LEADS TO THE DEFINITION OF "SOCIALISM":

A MUCH ABUSED TERM CALLING FOR AN ECONOMIC SYSTEM; CALLING FOR INCREASED PARTICIPATION BY THE GOVERNMENT IN THE AFFAIRS OF THE PEOPLE, MEANING PUBLIC OWNERSHIP AND OPPERATION OF PUBLIC UTILITIES, THE ABSORPTION OF INDUSTRIAL PLANTS BY THE GOVERNMENT, LOOKING TOWARD A DAY WHEN PRIVATE OWNERSHIP OF PROPERTY MIGHT BE ELIMINATED, EXCEPT FOR THE MOST PERSONAL THINGS; APPLIED IN MORE RECENT TIMES AS A CLOAK FOR TOTALITARIAN GOVERNMENTS AND DICTATORSHIPS. ( SEE COMMUNISM )(BALLENTINE'S LAW DICTIONARY)

12 OF 20

THE Word "Communism" LEADS TO THE
"LOYALTY OATH" THAT MEANS:
"REQUIRED OF A PUBLIC OFFICER or
Employee AS A Condition of Employment,
By WHICH THE AFFIANT not only pledges
Himself IN THE CUSTOMARY Form TO Support
THE CONSTITUTION of THE UNITED STATES
AND of HIS PARTICULAR STATE BUT ALSO
AFFIRMS THAT HE IS NOT A MEMBER OF
CERTAIN DESIGNATED ORGANIZATIONS, SUCH
AS THE COMMUNIST PARTY, OR OF ANY
ORGANIZATION BELIEVING IN OR Advocating
THE DOCTRINE OF THE OVERTHROW OF THE
GOVERNMENT OF THE UNITED STATES By Force OR
ANY UNLAWFUL MEANS, AND THAT HE DOES
NOT BELIEVE IN OR ADVOCATES SUCH DOCTRINE."
15 AM Jad COLLEGES § 12 (BALLENTINE'S LAW
DICTIONARY)

LOYALTY TO THE CONSTITUTION Includes A
"REPUBLIC Form of GOVERNMENT"
① A GOVERNMENT CONSTRUCTED ON THE Principle
THAT THE Supreme POWER RESIDES IN THE
Body OF THE People. SEE CHISHOLN V.
Georgia (U.S.) DALL 419, 457, 1L Ed 440, 456.
A GOVERNMENT WHICH DERIVES ALL ITS POWER
Directly OR Endirectly From THE People

And WHICH is AdminISTERED By PERSONS Holding THIER OFFICES FOR A LIMITED PERIOD OR DURING GOOD BEHAVIOR. 16 AM J 2d Const, L § 390. NOT TO BE CONFUSED WITH THE RepuBGiC PARTY (BALLENTINE'S LAW DICTIONARY)"

② WITHIN THE MEANING OF THE Provisions OF SECTION 4 OF ARTICLE 4 OF THE UNITED STATES CONSTITUTION THAT " THE UNITED STATES SHALL GUARANTEE TO EVERY STATE IN THIS UNION A REpuBGiC FORM OF GOVERNMENT," THE TERM SIGNIFIES A GOVERNMENT OF A STATE OF THE UNION WHICH HAS BEEN RECOGNIZED BY CONGRESS AS BEING A GOVERNMENT REPUBLICAN IN FORM, AUTHORITY ¿ PACIFIC STATES TELL Co. V. OREGON 223 U.S. 118 56 L Ed 377, 32 S CT 224."

REpuBGiCAN FORM OF GOVERNMENT AND THE AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES COMPARED TO SOCIALISM/ COMMUNISM IS LIKE NIGHT AND DAY, THE PUSH FOR SOCIALISM AND FASCIST BEHAVIOR IS A VIOLATION OF THE LOYALTY OATH, THE OATH OF OFFICE, AND TO TREAT ELECTED AND APPOINTED OFFICIALS AS SUPREME DICTATORS IS A VIOLATION OF ART 4 SECTION 4 OF THE CONSTITUTION AND OATH OF OFFICE.

14 OF 20

Supreme Court Views on Article IV Section 4

United States Constitution Article IV Section 4

"The United States Shall Guarantee To Every State in this Union A Republic Form of Government, And Shall protect Each of Them Against Invasion, And on Application of Legislature, or of The Executive (when the Legislature Cannot be Convened) Against Domestic Violence."

Supreme Court's Construction And Application of Guarantee Clause of Article IV Section 4 of Federal Constitution, Providing That United States Will Guarantee States Republican Form of Government. 120 L. Ed 2d 957
Author: David B. Sweet, J.D.

The Supreme Court Has Made A Number of Observations And Determinations As To The General Meaning of The Guarantee Clause of Article IV Section 4 of The Federal Constitution, For Example:

① In The Guarantee Clause, The Term "State" Appears To Be Used in The Sense of A People or Political Community, As Distinguished From A Government.

15 of 20

② THE AUTHORITY OF THE PEOPLE OF A STATE TO
DETERMINE THE QUALIFICATIONS OF THEIR
MOST IMPORTANT GOVERNMENT OFFICIALS
IS A POWER GUARANTEED BY THE GUARANTEE
CLAUSE.

### - DUTY -

③ THE GUARANTEE NECESSARILY IMPLIED A
DUTY ON THE STATES THEMSELVES TO
PROVIDE A REPUBLICAN FORM OF GOVERNMENT.

### - RESTRICTION -

④ THE SUPREME COURT OBSERVED IN IN RE DUNCAN
(1891) 139 U.S. 449 35 L Ed 219 11 S Ct 573,
THE COURT NOTED, HOWEVER, THAT WHILE THE
PEOPLE ARE THUS THE SOURCE OF POLITICAL POWER
THEIR GOVERNMENTS, NATIONAL AND STATE, HAVE
BEEN LIMITED BY WRITTEN CONSTITUTIONS, AND
THE PEOPLE HAVE THEMSELVES THEREBY SET
BOUNDS TO THEIR OWN POWER, AS AGAINST
THE SUDDEN IMPULSES OF MERE MAJORITIES.

### - DUTY -

⑤ THE SUPREME COURT HELD IN COYLE V. SMITH
(1911) 221 U.S. 559 55 L Ed 853 31 S Ct
686, THE GUARANTEE CLAUSE IMPOSES ON CONGRESS
THE DUTY OF SEEING THAT SUCH FORM IS NOT
CHANGED TO AN ANTIREPUBLICAN FORM . . .

16 OF 20

- REQUIREMENT -

⑥ THE Supreme Court IN Gregory V. Ashcroft Supra, REFERRED To Sugarman V. Dougall (1973) 413 U.S. 634 37 L. Ed 853 93 S CT 2842, Generally involving A provision OTHER THAN THE GUARANTEE CLAUSE, WHERE Article IV SECTION 4 HAS BEEN CITED AS ONE OF THE Supports FOR THE SUGARMAN COURTS RECOGNITION OF A STATES CONSTITUTIONAL RESPONSIBILITY FOR ① THE ESTABLISHMENT AND OPERATION OF THE STATES OWN GOVERNMENT, AND ② THE QUALIFICATIONS OF AN Appopriately DESIGNATED CLASS OF PUBLIC OFFICE Holders.

- RESTRICTION -

⑦ THE Supreme Court HAS Apparantly ① RECOGNIZED THAT IN GENERAL, A PERMANENT STATE OF MILITARY GOVERNMENT would NOT BE A Republic Form OF Government For THE Purposes of THE GUARANTEE CLAUSE of Article IV SECTION 4 OF THE Federal Constitution.

- MAINTENANCE -

⑧ HARISIADES V. SHAUGHNESSY (1952) 342 U.S. 580 96 L Ed 586 72 S CT 512... THE Due Process clause of THE FiFTH Amendment Did not Prohibit THE United STATES FROM Deporting Legally Resident ALIENS DUE TO

17 OF 20

I ALSO WAS PUT INTO DEBT AND DEPRIVED
OF BANKRUPTCY'S "NEW START" BY THE DEFENDANTS
AND Judge CECCHI's MISAPPLICATION OF THE LAW
AND BIAS THAT CAUSED prejudice Injury UPON
ME. DEMOCRAT SOCIALISM IS STILL COMMUNISM, THERE ARE
Communists In Government Injuring my LiBerty.

    <u>Relief Sought</u>: I, WILLIAM F KRETZ, Pray
To This Court To Reconsider THE DISMISSAL
OF THIS CASE AND REVERSE THE DECISION AND
OPEN THE CASE To Argument.

    <u>Certification of Service</u>: I certify I
MAILED A Copy OF This Motion To RECONSIDER
DISMISSAL AND Open THE CASE TO:

U.S. Attorney's Office
970 Broad Street
Suite 700
Newark NJ 07102

DATE: 12/26/2020    By: William F Kretz
                               William F. Kretz

(original ADDress)    #11350-067
437 Abbott Ra    ESSEX County Jail
Paramus NJ 07652    354 Denneruos Ave
                               Newark NJ 07105
        20 of 20    (Temporary Address)

CONFLICT OF INTERESTS AMENDMENT TO MOTION

THE CONFLICT OF INTERESTS AT ISSUE HERE IS BETWEEN DUTIES TO HONESTLY SERVE WITHOUT CORRUPT PREFERENCE, ALL CITIZENS ON ONE HAND, AND PAID-FOR INTERESTS TO LOBBY AND SUPPORT LEGISLATION TO INCREASE PUBLIC FINANCING THAT INDIRECTLY IN RICHES THEMSELVES AND FRIENDS AND CHANGES THE FORM OF GOVERNMENT ON THE OTHER. PUBLIC OFFICE IS A PUBLIC TRUST. PUBLIC OFFICIALS MUST THEREFORE AVOID CONDUCT WHICH IS IN VIOLATION OF THEIR PUBLIC TRUST. THAT PUBLIC TRUST IS THE LOYALTY OATH OF OFFICE TO SUPPORT AND DEFEND THE CONSTITUTION THAT INCLUDES INDIVIDUAL RIGHTS AND THE ARTICLE IV SECTION 4 GUARANTEE. BY REMOVING AND REDUCING CONSTITUTIONAL RIGHTS WITH STATE OF EMERGENCY EXECUTIVE ORDERS BASED ON FRAUDULENT INFORMATION THAT CREATES A STATE OF MILITARY GOVERNMENT THAT VIOLATES ARTICLE IV SECTION 4 AND THE OATH OF OFFICE TO CREATE COMMUNISM/ SOCIALISM/DICTATORSHIP/TOTALITARIAN TYPE OF GOVERNMENT, FORCING MASKS IS A PSYCHOLOGICAL WAY TO MAKE PEOPLE SUBMISSIVE, IT IS PHYSICALLY HARMFUL TO BREATH BAD AIR AND GERMS BACK IN THAT COLLECT IN SIDE THE MASK AND COVID-19 AS A VIRUS CAN GO THROUGH THE MASKS. OBVIOUSLY THE PANDEMIC HOAX IS TO MAKE PEOPLE SUBMISSIVE AND TRANSFORM THE FORM OF GOVERNMENT TO A TOTALITARIAN TYPE OF GOVERNMENT. THE HARM TO ME IS THE LOSS OF MY CONSTITUTIONAL LIBERTY, MONITARY AND OTHER RELIEF IS TO BUY MY LIBERTY AND STOP THIS TRANSFORMATION.

AMENDMENT 1 OF 1