UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>21-1018</u>

Kaetz v. The United States, All 50 States
(D.N.J. No. 2-19-cv-08100)

To:  Clerk

    1)  Motion by Appellant for Leave to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

    The foregoing motion to proceed <u>in forma pauperis</u> is granted.  Appellant is a prisoner and seeks to proceed <u>in forma pauperis</u> on appeal.  Appellant is required to pay the full $505.00 fee in installments regardless of the outcome of the appeal.  28 U.S.C. § 1915 (b).  The Court hereby directs the warden or his or her designee to assess an initial filing fee, when funds are available, of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal.  The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the District of New Jersey.  In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the District of New Jersey equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid.  Each payment shall reference the appellate docket number for this appeal.  The warden, or his or her designee, shall forward payments to the appropriate courts simultaneously if there are multiple orders.

    The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary affirmance under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate.  In making this determination, the district court opinion and record will be

examined.  No briefing schedule will issue until this determination is made.  Although not necessary at this time, appellant may submit argument, which should not exceed 5 pages, in support of the appeal.  The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order.  Appellee need not file a response unless directed to do so or until a briefing schedule is issued.

  The court may reconsider in forma pauperis status at any time.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  March 25, 2021
JK/cc: William F. Kaetz
Laura S. Irwin, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk